IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 5:21-cr-7-DCB-FKB

JAHADD MALACHI ALLEN

### FINAL ORDER OF FORFEITURE

Before the Court is the United States of America's Motion [36] for a Final Order of

Forfeiture.  Having reviewed the Government's Motion, the Court finds that it is well taken and

should be GRANTED.  In support of its ORDER, the Court finds as follows:

WHEREAS, on July 29, 2022, this Court entered an Agreed Preliminary Order of

Forfeiture [35], ordering the Defendant, **JAHADD MALACHI ALLEN,** to forfeit (the "**Subject**

**Property**"), as described below:

| ASSET ID | PROPERTY DESCRIPTION |
|---|---|
| 21-ATF-034679 | One (1) Taurus Handgun, Model G2C, CAL: .40 S&W, Serial No. SMC16049 |
| 21-ATF-034680 | Nine (9) Rounds Ammunition, CAL: 40 |

WHEREAS, the United States of America caused to be published via the internet at

www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to

dispose of the property in accordance with the law and as specified in the Preliminary Order, and

notified any potential third parties of their right to petition the Court within sixty (60) days from

the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in

the property.

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the Defendant had an interest in the property that is

subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S. C. § 2461(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **Subject Property** is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED, ADJUDGED, AND DECREED this  3rd  day of  November , 2022.


s/David Bramlette
UNITED STATES DISTRICT JUDGE